IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN CLYNE,<br><br>          Defendant. | **Case No.:** CR 92–616 FMS<br><br>**JOINT STIPULATION AND [~~PROPOSED~~] ORDER TAKING JUDICIAL NOTICE OF ALLEGED SUPERVISED RELEASE VIOLATION AND TERMINATING SUPERVISED RELEASE**<br><br>**Court:**          Courtroom 7, 19th Floor |

Defendant Stephen Clyne's case was heard by Judge Fern Smith in 1992. In February 2003, Judge Chesney, at the request of probation, issued a no-bail warrant for Mr. Clyne for an alleged violation of his conditions of supervised release. The parties now jointly request that the Court take judicial notice of Mr. Clyne's alleged violation and terminate his supervised release.

In support of the proposed order, the parties stipulate to the following facts:

1.  On June 4, 1993, Mr. Clyne was sentenced to 115 months of custody and 36 months of supervised release for eight counts of unarmed bank robbery under 18 USC § 2113(a).

2.  Mr. Clyne's supervised release began on April 5, 2001, and was set to expire on April 4, 2004.

3.  On November 25, 2002, the Probation Office filed a Form 12 with this Court, alleging that Mr. Clyne had violated the terms of his supervised release by committing a new state offense—namely, a violation of California Penal Code § 211 (robbery) in Alameda County.

1    4. Judge Chesney issued a federal warrant on February 7, 2003.

2    5. On July 3, 2003, Mr. Clyne was sentenced to 21 years of state prison by the Alameda

3       County Superior Court.

4    6. Mr. Clyne is currently serving his sentence at the California Institution for Men, in

5       Chino, California. His earliest parole eligible date is March 2021.

6       The parties in this case have conferred and agree that, due to the lengthy prison sentence

7 Mr. Clyne is currently serving, the Count need not take any additional action in response to the

8 2002 Form 12. The parties also agree that Mr. Clyne will be adequately supervised by the State

9 of California after he is released from state prison, making federal supervision duplicative and

10 unnecessary.

11       For the foregoing reasons, the parties jointly request that the court take judicial notice of

12 the violation alleged in the 2002 Form 12 and then terminate Mr. Clyne's supervised release.

13 Probation Officer Jennifer James supports this resolution.

14       IT IS SO STIPULATED.

15
16      November 14, 2018      ALEX TSE
          Dated                United States Attorney

17                              Northern District of California

18                             /S
                              ROBIN HARRIS

19                              Assistant United States Attorney

20
21      November 14, 2018      STEVEN G. KALAR
          Dated                Federal Public Defender

22                              Northern District of California

23                             /S
                              KORY DECLARK

24                            Assistant Federal Public Defender

25
26  IT IS SO ORDERED.

27      Date November 16, 2018

28                             HON. MAXINE M. CHESNEY
                             United States District Judge